# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2008

135914

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY STEVEN LYNCH,
      Defendant-Appellant.

SC: 135914
COA: 283180
Wayne CC: 82-000329;
  82-001668

_____/

      On order of the Court, the application for leave to appeal the February 6, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2008

Clerk

p0924